# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

**Debtor:** GILLETTE INVESTMENTS, LLC
**Case Number:** 2:14-bk-14411-BKM  **Chapter:** 11
**Date / Time / Room:** WEDNESDAY, FEBRUARY 17, 2016 11:00 AM  7TH FLOOR #701
**Bankruptcy Judge:** BRENDA K. MARTIN
**Courtroom Clerk:** ELIZABETH IRISH
**Reporter / ECR:** JO-ANN STAWARSKI

## Matters:

1) **ADV: 2-15-00116**
   **LESLIE C. BUTTERS AND LYNN M. BUTTERS, A vs ROBERT MORALES & ANDREW P MORALES & GILLETTE INVESTMENTS, LLC**
   PRETRIAL CONFERENCE
   R / M #:  1 / 0

2) CONTINUED CHAPTER 11 STATUS HEARING
   R / M #:  1 / 0

## Appearances:

MARK GUINTA, ATTORNEY FOR GILLETTE INVESTMENTS, LLC
RICHARD GRAMLICH, SPECIAL COUNSEL FOR GILLETTE INVESTMENTS, LLC
EVAN SHUBE, ATTORNEY FOR RUSS LYON
JUSTIN DEPAUL, ATTORNEY FOR LESLIE C. BUTTERS AND LYNN M. BUTTERS, A
CONSTANCE SUTTON, ATTORNEY FOR AGUA FRIA LLC

(continue)... 2:14-bk-14411-BKM          WEDNESDAY, FEBRUARY 17, 2016 11:00 AM

## *Proceedings:*

Mr. Guinta provides an update. He explains the counsel change. He thinks that the adversary needs to be dealt with before the administrative case can move forward. There are agencies that have expressed an interest in easement. An appropriate motion will be filed if there is a transaction. One operating report is owed to the U. S. Trustee.

Mr. Gramlich provides an update on the adversary. Some claims have been dismissed. The parties set a new scheduling order. There is a motion to compel that is pending before the Court. He thinks the only thing to do is set another status conference. The parties have a mediation set for mid-June. He suggests setting a continued hearing for July. He responds to the Court's questions. The parties are working to get a mediator.

COURT: THE COURT REFERS COUNSEL TO THE LOCAL RULES FOR THE PROCESS TO GET A MEDIATOR.

Ms. Sutton discusses the payoff value owed to her client. She learned that the debtor has been charging money for people to come on the land. The money is not on the monthly operating report. She reviews her client's position. The debtor should be making adequate protection payments. She is working to get information.

COURT: THE COURT NOTES THAT ON THE AMENDED STIPULATED SCHEDULING ORDER DISCOVERY WILL BE COMPLETED BY THE END OF JULY.

Mr. Shube thinks that Mr. Gramlich adequately summarized where the case is at. He thinks that the parties are at a comfortable point to move forward. He suggests setting a trial conference in July. He responds to the Court's questions. The parties intend to have a mediation.

COURT: THE COURT DIRECTS THE PARTIES TO FILE SOMETHING WITH THE COURT ALERTING IT AS TO THE OUTCOME OF MEDIATION, TO INCLUDE A REQUEST FOR A HEARING, AND TO UPLOAD AN ORDER. THE COURT WON'T SET A CONTINUED STATUS HEARING ON THE ADVERSARY. THE COURT WILL ASK THE PARTIES TO REPORT BASED ON THE MEDIATION RESULTS. IT IS ORDERED SETTING A CONTINUED CHAPTER 11 STATUS HEARING FOR 07-19-2016 AT 01:30 PM.

Page 2 of 2

Case 2:15-ap-00116-BKM    Doc 61    Filed 02/17/16    Entered 02/17/16 15:05:15    Desc
Main Document    Page 2 of 2                                               02/17/2016    3:04:51PM