# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

*Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | GILLETTE INVESTMENTS, LLC | | |
| **Case Number:** | 2:14-BK-14411-BKM | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, MARCH 01, 2016 11:00 AM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | BRENDA K. MARTIN | | |
| **Courtroom Clerk:** | ELIZABETH IRISH | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

*Matter:*

ADV: 2-15-00116

**LESLIE C. BUTTERS AND LYNN M. BUTTERS, A vs ROBERT MORALES & ANDREW P MORALES & GILLETTE INVESTMENTS, LLC**
MOTION TO COMPEL FILED BY RICHARD V. MACK ON BEHALF OF RUSS LYON SOTHEBY'S HOLDINGS, LLC .
R / M #:   45 / 0

*Appearances:*

RICHARD C. GRAMLICH, ATTORNEY FOR GILLETTE INVESTMENTS
EVAN SHUBE, ATTORNEY FOR RUSS LYON SOTHEBY'S HOLDINGS, LLC
KENNETH NEELEY, ATTORNEY FOR NEELEY LAW FIRM

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:14-BK-14411-BKM         TUESDAY, MARCH 01, 2016 11:00 AM

## *Proceedings:*

Mr. Shube provides a background and discusses discovery.  He reviews the motion.  He responds to the Court's questions.  His firm was not contacted.  He wasn't aware of the change of counsel.  He asks for sanctions.

Mr. Neeley states that his position is laid out in the response.  His firm provided information received from the clients.  He reviews his client's position.  He responds to the Court's questions.  He made a good faith effort to provide information.  He didn't represent Andrew Morales.  Andrew Morales should have been dismissed and should not have been put on.

Mr. Gramlich's recollection is that the motion to compel came in one or two weeks after he came on board.  He reviewed the motion and discovery then contacted Mr. Neeley.  He felt Mr. Neeley needed to supplement the discovery answers and disclosures and respond to the motion to compel.  He responds to the Court's questions.  The motion to withdraw was filed after he spoke with Mr. Neeley.  Mr. Neeley was still counsel of record and refused to respond and file supplements.  Mr. Morales incurred fees to supplement discovery and disclosures.

Mr. Shube comments on the representation of Andrew Morales.  He reviews the exhibits signed by Mr. Finch and the third party amended complaint signed by Mr. Neeley.

COURT:  THE COURT READ THE ENTIRE FILE.  THE COURT EXPRESSES ITS CONCERNS.  THE COURT AGREES WITH MR. SHUBE'S POSITION THAT THE ANSWERS TO THE  INTERROGATORIES DON'T APPEAR TO BE APPROPRIATE AND FULL RESPONSES.  THE COURT NOTES THAT THE MOTION ASKS FOR SANCTIONS UNDER RULE 26(g) OR RULE 37(d).  THE COURT EXPLAINS WHY RULE 37(d) IS NOT APPLICABLE.  THE ACTUAL SECTION IS RULE 37(a)(3).  THE COURT IS LOOKING AT RULE 37(a)(3) AND RULE 26(g)(3).  THE COURT DISCUSSES THE TIMING ISSUE AND THE EMAILS.  THE COURT REVIEWS RULE 37(a)(5).  THE COURT DOES NOT THINK THE NON-RESPONSE WAS JUSTIFIED UP THROUGH 12-15-2015.  THE COURT WILL AWARD FEES IN SOME AMOUNT ON WHAT IT THINKS IS JUST.  THE COURT DIRECTS MR. SHUBE TO PROVIDE A STATEMENT OF REASONABLE FEES.  THE COURT WILL ALLOW MR. NEELEY TO WEIGH IN IN TERMS OF THE REASONABLE ASPECT.  THE COURT DIRECTS MR. SHUBE TO HAVE IT ON FILE WITHIN ONE WEEK FROM TODAY.  THE COURT WILL GIVE MR. NEELEY ONE WEEK TO RESPOND TO THE REASONABLE ASPECT.  THE COURT WILL THEN MAKE A DECISION AS TO THE AMOUNT OF THE SANCTION.  THE COURT WILL NOTIFY THE PARTIES WHEN IT WILL READ IT INTO THE RECORD.  THE PARTIES WILL NOT NEED TO COME IN BUT MAY LISTEN.

Case 2:15-ap-00116-BKM    Doc 64    Filed 03/01/16    Entered 03/02/16 10:13:06    Desc
Main Document    Page 2 of 2                        03/02/2016  10:12:55AM