# Exhibit A

Richard V. Mack, No. 013313
  *rvm@manningllp.com*
Evan P. Schube, No. 028849
  *eps@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
3636 N. Central Avenue
11th Floor
Phoenix, Arizona 85012
Telephone: (602) 313-5469
Facsimile: (602) 313-5499

*Attorneys for Third-Party Defendants*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| Gillette Investments, LLC, | Case No. 2:14-bk-14411-BKM |
| Debtor. | Adversary No. 2:15--ap--00116--BKM |
| LESLIE C. BUTTERS and LYNN M. BUTTERS, a married couple, | **DECLARATION OF EVAN P. SCHUBE IN SUPPORT OF RUSS LYON SOTHEBY'S HOLDINGS, LLC'S STATEMENT OF REASONABLE ATTORNEYS' FEES AND COSTS** |
| Plaintiffs, | |
| v. | |
| ROBERT MORALES, an individual dba AGUA FRIA PLACER(S) MINING COMPANY; ANDREW P. MORALES, an individual and dba AGUA FRIA PLACER(S) MINING COMPANY; and GILLETTE INVESTMENTS, LLC, an Arizona limited liability company, | |
| Defendants/Counterclaimant/Third-Party Plaintiffs, | |
| v. | |
| RUSS LYON SOTHEBY'S HOLDINGS, LLC, dba Russ Lyon Sotheby's International Realty, and Arizona limited liability company, | |
| Third-Party Defendants. | |

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1    I, Evan Schube, do hereby declare as follows:

2    1.    I am over the age of 21 years and make the statements herein based upon my personal

3    knowledge.

4    2.    I am an attorney with the law firm of Manning & Kass Ellrod, Ramirez, Trester LLP

5    ("MKERT"), the attorneys for Russ Lyon Sotheby's Holdings, LLC ("Russ Lyon") in the above-

6    captioned adversary proceeding (the "Adversary Proceeding").

7    3.    I am authorized to make this Declaration for and on behalf of MKERT and Russ Lyon.

8    4.    In the Adversary Proceeding, Gillette Investments, LLC ("Gillette"), Robert Morales

9    ("R. Morales"), and Andrew Morales ("A. Morales", and together with Gillette and R. Morales, the

10   "Third Party Plaintiffs"), filed a third-party complaint against Russ Lyon (the "Third Party

11   Complaint"). *See* First Amended Third-Party Complaint [Adv. Proc. Doc. No. 35.]

12   5.    In the Third Party Complaint, each of the Third Party Plaintiffs alleged a claim, Breach

13   of Fiduciary Duty – Respondeat Superior (the "Claim"), against Russ Lyon, through Third Party

14   Plaintiffs former counsel, the Neeley Law Firm ("Neeley").

15   6.    Russ Lyon filed its Motion To Compel Responses To Discovery Requests And Request

16   For Sanctions (the "Motion to Compel") [Adv. Proc. Doc. No. 45] seeking sanctions in the form of

17   attorneys' fees and costs against, among others, Neeley.

18   7.    The Court held hearing on the Motion to Compel and concluded that an award of

19   attorneys' fees in favor of Russ Lyon and against Neeley pursuant to Rule 37(a) of the Federal Rules

20   of Civil Procedure. *See* Minute Entry, dated March 1, 2016 [Adv. Proc. Doc No. 64.]

21   8.    For legal services rendered in the making of the Motion to Compel, MKERT has

22   charged Russ Lyon the total sum $7,912.50 (the "Fees"). A full and complete description of the Fees

23   is contained in the itemized statement of fees which is attached hereto as **Exhibit 1** and incorporated

24   herein by this reference.

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

1    9.    The entries described in Exhibit 1 were taken from MKERT's billing statements, which

2  contain a description of the time recorded by attorneys and paralegals who rendered services on behalf

3  of Russ Lyon in the Adversary Proceeding.

4    10.    The rates charged by the identified personnel are consistent with, if not lower than, the

5  rates charged by comparable firms in the Phoenix metropolitan area for like legal services.

6    11.    The detailed description of time in the attached itemized statement includes the names

7  of the individuals who performed each task, the amount of time expended in tenths of hours, a brief

8  description of the work performed, and the amount of charges for the time involved.

9

10    12.    Exhibit 1 was prepared after compiling all time entries submitted by the attorneys and

11  paralegals working on the case associated with the making of the Motion to Compel.

12    13.    After reviewing the billing statements, I have determined that all of the entries were

13  necessary, reasonable, appropriate, and relate to the making of the Motion to Compel.

14    14.    After reviewing the billing statements and evaluating the time and effort necessary to

15  successfully resolve the discovery disputes, I believe the fees to be reasonable and appropriate.

16  Therefore, I request that this amount be awarded to Russ Lyon.

17    15.    The total amount of $7,912.50 requested by Russ Lyon as and for their attorneys' fees

18  is a reasonable sum based upon the amount at issue in this lawsuit, the quality of the firm performing

19  the legal work, the character and difficulty of the work to be done, the work actually performed by

20  MKERT on behalf of Russ Lyon, the results obtained and to be obtained by MKERT relating to the

21
22  issues raised in the Motion to Compel, and awards in similar cases.

23    16.    Further, based upon the additional factors set forth in Ethical Rule 1.5 of the Arizona

24  Rules of Professional Conduct, I believe and avow to the Court that the amount of attorneys' fees

25  requested by Russ Lyon is reasonable.

26    17.    I have read the foregoing Declaration and the accompanying supporting documents and

27  believe the facts contained in them to be true and correct, and the information set forth in this

28

1  Declaration and the accompanying Exhibit satisfies the requirements for similar awards of attorneys'

2  fees and costs.

3

4  DATED:  March 8, 2016                          **MANNING & KASS**

5                                                              **ELLROD, RAMIREZ, TRESTER LLP**

6

7                                     By:    /S/ Evan P. Schube
                                              Richard V. Mack
                                              Evan P. Schube
8                                              Attorneys for Third-Party Defendants

9

10

11

12                                          **CERTIFICATE OF FILING**

13         I hereby certify that on March 8, 2016, I electronically transmitted the attached
      document to the Clerk's Office using the CM/ECF System for filing and emailed and mailed  a
      copy of the attached document to:

14  U.S. Trustee
15  Office of the US Trustee
      Ustpregion14.pxecf@usdoj.gov

16
      Kenneth L. Neeley
17  Nathan Andrew Finch
      NEELEY LAW FIRM, PLC
18  2250 E. Germann Road, Suite 11
19  Chandler, Arizona 85286
      ecf@neeleylaw.com

20
      Richard Gramlich
21  Tiffany & Bosco, P.A.
      Camelback Esplanade II
22  2525 E. Camelback Road
23  Phoenix, AZ  85016-9240
      rcg@tblaw.com
24  *Attorneys for Debtor*
      *and Third Party Plaintiffs*

25

26

27

28

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1  Sean T. Hood
   Anthony W. Austin
2  FENNEMORE CRAIG
   2394 East Camelback Road, Suite 600
3  Phoenix, Arizona 85016
4  shood@fclaw.com
   aaustin@fclaw.com
5  *Attorney for Leslie C. Butters and*
   *Lynn M. Butters*
6
   /S/      Jillian Young
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

| Date | Attorney Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11-13-2015 | EPS | 1.5 | 175 | 262.5 | Draft letter to A. Morales outlining deficiencies in responses to interrogatories and request for production of documents. |
| 11-13-2015 | EPS | 0.7 | 175 | 122.5 | Review and analyze response to non-uniform interrogatories prepared by A. Morales. |
| 11-13-2015 | EPS | 1.5 | 175 | 262.5 | Draft letter to R. Morales regarding deficiencies in responses to interrogatories and request for production of documents. |
| 11-13-2015 | EPS | 1.5 | 175 | 262.5 | Draft letter to Gillette Investments, LLC outlining deficiencies in responses to interrogatories and request for production of documents. |
| 11-13-2015 | EPS | 0.7 | 175 | 122.5 | Review and analyze responses to non-uniform interrogatories prepared by R. Morales. |
| 11-13-2015 | EPS | 0.7 | 175 | 122.5 | Review and analyze responses to non-uniform interrogatories prepared by Gillette Investments, LLC. |
| 11-16-2015 | EPS | 1.4 | 175 | 245 | Continue work on letter to A. Morales addressing deficiencies in responses to interrogatories. |
| 11-16-2015 | EPS | 1.4 | 175 | 245 | Continue work on letter to R. Morales outlining deficiencies in responses to interrogatories and request for production of documents. |
| 11-16-2015 | EPS | 1.4 | 175 | 245 | Continue work on letter to Gillette Investments, LLC outlining deficiencies in responses to interrogatories and request for production of documents. |
| 11-16-2015 | EPS | 0.2 | 175 | 35 | Review and receive correspondence from N. Finch, counsel for Gillette/R. Morales, relating to claim for damages. |
| 11-17-2015 | EPS | 0.2 | 175 | 35 | Telephone correspondence with N. Finch regarding failure to produce damages calculation. |
| 11-17-2015 | EPS | 0.4 | 175 | 70 | Review and respond to e-mail correspondence from opposing counsel regarding failure to produce damages calculation. |
| 11-25-2015 | EPS | 0.4 | 175 | 70 | Review and analyze amended responses to interrogatories for A. Morales. |
| 11-25-2015 | EPS | 1.8 | 175 | 315 | Draft correspondence to N. Finch outlining deficiencies in amended discovery responses and giving Rule 11 notice. |
| 12-10-2015 | EPS | 0.2 | 175 | 35 | Correspond with N. Finch regarding status of amended responses to interrogatories. |
| 12-14-2015 | EPS | 0.2 | 175 | 35 | Receipt and review of correspondence from N. Finch regarding responses to discovery requests and dismissal of claims brought by R. Morales and A. Morales. |
| 12-15-2015 | EPS | 0.6 | 175 | 105 | Draft correspondence to third-party plaintiff's counsel regarding discovery deficiencies. |
| 12-16-2015 | EPS | 2.4 | 175 | 420 | Begin drafting motion to compel responses to discovery requests. |
| 12-17-2015 | EPS | 5 | 175 | 875 | Continue work on drafting motion to compel discovery responses. |
| 12-18-2015 | EPS | 0.5 | 175 | 87.5 | Draft certification in support of motion to compel. |
| 12-18-2015 | EPS | 3.3 | 175 | 577.5 | Work on schedule filed with motion to compel. |
| 12-21-2015 | RVM | 0.3 | 250 | 75 | Supplement and finalize Motion to Compel Discovery Responses. |
| 12-21-2015 | EPS | 1 | 175 | 175 | Finalize motion to compel, exhibits, and certificate in support of the motion. |
| 12-22-2015 | RVM | 0.2 | 250 | 50 | Receipt and review email from R. Gramlich regarding Motion to Compel. |
| 12-22-2015 | RVM | 0.2 | 250 | 50 | Draft email to R. Gramlich in response to Motion to compel issue. |
| 12-22-2015 | EPS | 0.2 | 175 | 35 | Review and analyze correspondence from new counsel for third-party plaintiffs regarding motion to compel and prepare response to same. |
| 12-29-2015 | RVM | 0.3 | 250 | 75 | Receipt and review email from R. Gramlich regarding taking over and discovery responses. |
| 12-30-2015 | EPS | 0.3 | 175 | 52.5 | Review and analyze notice to withdraw as counsel filed by Neeley Law Firm, and impact on motion to compel. |
| 12-30-2015 | EPS | 0.2 | 175 | 35 | Review and analyze local rules for deadline to respond to motion to compel. |
| 01-11-2016 | RVM | 0.2 | 250 | 50 | Supplement and finalize Reply in Support of Motion to Compel as to Neeley Law Firm. |

| Date | Attorney Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 01-11-2016 | EPS | 1 | 175 | 175 | Research and analyze liability for sanctions after withdrawal of counsel. |
| 01-11-2016 | EPS | 3.5 | 175 | 612.5 | Draft reply in support of motion to compel and request for sanctions as to the Neeley Law Firm. |
| 01-13-2016 | EPS | 0.3 | 175 | 52.5 | Review and analyze response filed by the Neeley Law Firm to Motion to Compel. |
| 01-13-2016 | EPS | 0.2 | 175 | 35 | Communicate with R. Gramlich regarding the allegations in the Neeley Law Firms response and request his attendance at potential hearing. |
| 01-13-2016 | EPS | 0.2 | 175 | 35 | Draft correspondence to R. Gramlich regarding filing of Reply in Support of Motion to Compel. |
| 01-21-2016 | EPS | 0.5 | 175 | 87.5 | Draft e-mail outlining deficiencies in A. Morales' amended responses to discovery. |
| 01-21-2016 | EPS | 0.8 | 175 | 140 | Draft e-mail outlining deficiencies in R. Morales' discovery responses. |
| 01-21-2016 | EPS | 0.8 | 175 | 140 | Draft e-mail outlining deficiencies in Gillette's amended responses. |
| 01-22-2016 | EPS | 0.3 | 175 | 52.5 | Receive, review, and respond to multiple correspondences from R. Gramlich regarding timing of verification signatures and clarification on discovery responses. |
| 01-22-2016 | EPS | 0.2 | 175 | 35 | Finalize correspondence to R. Gramlich regarding deficiencies in responses. |
| 01-29-2016 | EPS | 0.3 | 175 | 52.5 | Participate in good faith conference with R. Gramlich regarding production of documents, supplemental responses, open extension on motion to compel, and plaintiff's claim for damages. |
| 02-29-2016 | EPS | 3 | 175 | 525 | Prepare for oral argument on motion to compel,including review of relevant pleadings, exhibits, and drafting of outline. |
| 3/1/2016 | EPS | 0.3 | 175 | 52.5 | Travel to hearing on Motion to Compel |
| 3/1/2016 | EPS | 0.3 | 175 | 52.5 | Travel from hearing on Motion to Compel |
| 3/1/2016 | EPS | 0.6 | 175 | 105 | Appear for and attend hearing on Motion to Compel |
| 3/1/2016 | EPS | 1.2 | 175 | 210 | Research and analyze case law citing Rule 37(a)(5) |
| 3/2/2016 | EPS | 1.5 | 175 | 262.5 | Research and analyze case law analyzing reasonableness of attorneys' fees in similar cases |
| 3/2/2016 | EPS | 5 | 175 | 875 | Draft application for attorneys' fees and costs |
| 3/2/2016 | EPS | 0.2 | 175 | 35 | Review and analyze minute entry awarding attorneys' fees and costs |
| 3/7/2016 | EPS | 1.2 | 175 | 210 | Draft Decl. of E. Schube in support of Statement of Fees and Costs |
| 3/7/2016 | EPS | 1 | 175 | 175 | Review and edit entries related to making of Motion to Compel |
| **TOTAL** | | **39.7** | | **7912.5** | |